IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00180-WYD-MEH

HERMAN BARNES, JR.,

   Plaintiff,

v.

D. JONES,
L. LEYBA,
R. WILEY,
M. NALLEY, and
H. WATTS,

   Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 6 2006

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: 3/15/06

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

service of process on the defendants.

Dated: 3/15/06

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00180-WYD-MEH

Herman Barnes, Jr.
Reg. No. 22698-086
ADX – Florence
PO Box 8500
Florence, CO 81226

D. Jones, L. Leyba,
and R. Wiley – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

H. Watts, General Counsel - CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

M. Nalley, Regional Director – CERTIFIED
North Central Regional Office
Gateway Complex, Tower II, 8th Floor
400 State Avenue
Kansas City, KS 66101-2492

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
HAND DELIVERED

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Snysvoll for process of service on D. Jones, L. Leyba, and R. Wiley, and to the US Attorney General, US Attorney's Office, M. Nalley, and H. Watts:  AMENDED COMPLAINT FILED 2/14/06, SUMMONS, WAIVER*, AND CONSENT FORM on 3/16/06____.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                        Deputy Clerk