IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00180-WYD-MEH

HERMAN BARNES, JR.,

      Plaintiff,

v.

D. JONES;
L. LEYBA;
R. WILEY;
M. NAILEY; and
H. WATTS,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2006.**

      Plaintiff's status as an *in forma pauperis* litigant in this Court entitles him only to service of process for initiation of this action. *See United States v. MacCollom*, 426 U.S. 317, 321 (1976) ("expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress). All further responsibility for making service and/or providing notice to opposing parties or counsel in this action is the Plaintiff's, and will not be undertaken by the Court. Therefore, Plaintiff's "Motion to the Court to Request that the Court have the Instructions, D.C. COLO. LCivR 72.2 Served to the Above Named Defendants" [Filed March 27, 2006; Docket #15] is **denied**.