IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00180-WYD-MEH

HERMAN BARNES, JR.,

    Plaintiff,

v.

D. JONES;
L. LEYBA;
R. WILEY;
M. NAILEY; and
H. WATTS,

    Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Pending before the Court are Plaintiff's Discovery Motion as to the Item Defendant Leyba Approved to go in the Diabetic Food Sacks (Docket #29) and Evidentiary Motion (Docket #30). Service of process has been waived in this case by Defendants Jones (Docket #22), Leyba (Docket #24), Wiley (Docket #23), Nailey (a/k/a Nalley) (Docket #28) and Watts (Docket #25), but they have not appeared in this case, and the deadline for them to do so has not yet passed. Counsel on their behalf has also not appeared of record. Plaintiff has provided no proof that he has served his motions upon the Defendants individually. All motions must be served upon the opposing party or their counsel. *See* FED. R. CIV. P. 5(a).

    Liberally construed, the Plaintiff's motions constitute requests for admissions and/or for injunctive relief with regard to his diabetic food sacks which are the subject of this lawsuit. The Federal Rules of Civil Procedure provide that "[n]o preliminary injunction shall be issued without

notice to the adverse party." FED. R. CIV. P. 65(a)(1).  Because Plaintiff has provided no proof of service on the Defendants, any request for injunctive relief will be denied.

Further, with regard to the discovery requests by the Plaintiff, in general no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the district judge in this case.  In this case, the Preliminary Scheduling/Status Conference is set for June 26, 2006, at 9:45 a.m. (Docket #26).

Accordingly, based on the current record herein, it is hereby **ORDERED** that Plaintiff's Discovery Motion as to the Item Defendant Leyba Approved to go in the Diabetic Food Sacks [Filed May 22, 2006; Docket #29] and Evidentiary Motion [Filed May 22, 2006; Docket #30] are **denied**, without prejudice, as premature.  Case management issues such as the scope and timing of the filing of pretrial discovery motions will be addressed at the Preliminary Scheduling/Status Conference.

Dated at Denver, Colorado, this 24th day of May, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge